RECEIVED
IN MONROE, LA
DEC 0 6 2006
MDY
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BOBBY RAY TURNER | CIVIL ACTION NO. 06-1649 |
| VS. | SECTION P |
| WARDEN, CLAIBORNE DET. CENTER | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the Report and Recommendation is correct under the applicable law,

**IT IS ORDERED** that the instant petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** as time-barred and procedurally defaulted.

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 5 day of December, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE